UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES          1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT             MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

 Speer, Marcia & Joseph J. (1:16-cv-00660); Branham, Shari & Michael
(1:16-cv00661); Wood, Bobbie & Curtis (1:16-cv-00860); Thompson,
Rodger (1:16-cv00872); Gragirene, Maribel (1:16-cv-00874); Dolyk, David
(1:16-cv-01093); Milner, Geneva & Nelson (1:16-cv-01094); Coleman,
Betty L. (1:16-cv-01109); Simon, Ann Marie (1:16-cv-02039); Oubre, Heidi
(1:16-cv-02186); Ortiz, Maria (1:16-cv-02998); Packard, Frederick & Susan
(1:17-cv-01293); King, Yvette (1:17- cv-01517); Speed, Anthony (1:17-cv-
04002); Carpenter, Sandy E. (1:18-cv00928); Holder, Vera aka Clinton, Vera
(Estate) (1:19-cv-00294)

_____

**ORDER GRANTING JOINT MOTION TO REINSTATE CASES**

 The court, having considered the Parties' Joint Motion to Reinstate, and being duly
advised, hereby **GRANTS** the Joint Motion (Dkt. 27576).

 **IT IS THEREFORE ORDERED** that the following Plaintiffs' cases are
reinstated under the same cause numbers:

 • Speer, Marcia & Joseph J. (1:16-cv-00660)

 • Branham, Shari & Michael (1:16-cv-00661)

 • Wood, Bobbie & Curtis (1:16-cv-00860)

 • Thompson, Rodger (1:16-cv-00872)

1

- Gragirene, Maribel (1:16-cv-00874)

- Dolyk, David (1:16-cv-01093)

- Milner, Geneva & Nelson (1:16-cv-01094)

- Coleman, Betty L. (1:16-cv-01109)

- Simon, Ann Marie (1:16-cv-02039)

- Oubre, Heidi (1:16-cv-02186)

- Ortiz, Maria (1:16-cv-02998)

- Packard, Frederick & Susan (1:17-cv-01293)

- King, Yvette (1:17-cv-01517)

- Speed, Anthony (1:17-cv-04002)

- Carpenter, Sandy E. (1:18-cv-00928)

- Holder, Vera aka Clinton, Vera (Estate) (1:19-cv-00294)

**IT IS SO ORDERED** this 13th day of January 2026.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.